1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                      Case 2:24-cv-01941-DJC-JDP

**CHINO VALLEY UNIFIED SCHOOL**
12   **DISTRICT, a local educational agency;**            **ORDER**
**OSCAR AVILA, an individual; MONICA**
13   **BOTTS, an individual; JASON CRAIG, an**
**individual; KRISTI HAYS, an individual;**
14   **COLE MANN, an individual; VICTOR**
**ROMERO, an individual; GHEORGHE**
15   **ROSCA, JR., an individual; and LESLIE**
**SAWYER, an individual,**
16
Plaintiffs,
17
v.
18

19   **GAVIN NEWSOM, in his official capacity**
**as Governor of the State of California;**
20   **ROBERT BONTA, in his official capacity as**
**Attorney General of the State of California;**
21   **and TONY THURMOND, in his official**
**capacity as California State Superintendent**
22   **of Public Instruction,**

23                                      Defendants.

24

25       On August 5, 2024, the Parties filed a Stipulation to extend the deadline for all Defendants

26   to file a Motion to Dismiss pursuant to Rule 12(b) in response to the Complaint to September 23,

27   2024.  The Parties' Stipulation also agrees that the deadline for Plaintiffs' opposition would be

28

                                              1

October 18, 2024, and the deadline for Defendants' reply to Plaintiffs' opposition would be November 4, 2024.

     This Stipulation was agreed upon to allow the Parties additional time to engage in discussions regarding the claims and defenses in the case, as needed, as well as to allow Defendants sufficient time to consider and discuss important government decisions concerning this litigation. The Stipulation does not constitute a waiver of any claim, right, or defense.

     The court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendants' deadline to file a Motion to Dismiss pursuant to Rule 12(b) in response to the Complaint, or any amended complaint filed by August 9, 2024, is extended to September 23, 2024;

2. Defendants shall notice their motion for hearing on December 19, 2024 at 1:30 PM in Courtroom 10 before District Judge Daniel J. Calabretta;

3. Plaintiffs' opposition to Defendants' Motion to Dismiss is due October 18, 2024; and

4. Defendants' reply to Plaintiffs' opposition is due November 4, 2024.

    IT IS SO ORDERED.

Dated: August 14, 2024          /s/ Daniel J. Calabretta
                          THE HONORABLE DANIEL J. CALABRETTA
                          UNITED STATES DISTRICT JUDGE

2