1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  DARRELL W. SPENCE, State Bar No. 248011
   Supervising Deputy Attorney General
3  EMMANUELLE S. SOICHET, State Bar No. 290754
   JENIFFER A BUNSHOFT, State Bar No. 197306
4  SHATTI A. HOQUE, State Bar No. 350250
   Deputy Attorneys General
5   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
6   Telephone:  (415) 510-4426
    Fax:  (415) 703-5843
7   E-mail:  Emmanuelle.Soichet@doj.ca.gov
   *Attorneys for Defendants Governor Gavin Newsom,*
8  *Attorney General Rob Bonta, and State*
   *Superintendent for Public Instruction Tony*
9  *Thurmond*

10              SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                    EASTERN DISTRICT OF CALIFORNIA

12

13

14  **CHINO VALLEY UNIFIED SCHOOL**                2:24-cv-01941-DJC-JDP
    **DISTRICT, a local educational agency;**
15  **ANDERSON UNION HIGH SCHOOL**                 **NOTICE OF DEFENDANTS' MOTION**
    **DISTRICT, a local educational agency;**     **TO DISMISS AND MOTION TO**
16  **ORANGE COUNTY BOARD OF**                    **DISMISS**
    **EDUCATION, a local educational agency;**
17  **OSCAR AVILA, an individual; MONICA**         Date:        December 19, 2024
    **BOTTS, an individual; JASON CRAIG, an**      Time:        1:30 p.m.
18  **individual; KRISTI HAYS, an individual;**    Courtroom:   10
    **COLE MANN, an individual; VICTOR**           Judge:       The Hon. Daniel J. Calabretta
19  **ROMERO, an individual; GHEORGHE**
    **ROSCA, JR., an individual; and LESLIE**     Action Filed: July 16, 2024
20  **SAWYER, an individual,**

21                          Plaintiffs,

22      v.

23  **GAVIN NEWSOM, in his official capacity as**
    **Governor of the State of California;**
24  **ROBERT BONTA, in his official capacity as**
    **Attorney General of the State of California;**
25  **and TONY THURMOND, in his official**
    **capacity as California State Superintendent**
26  **of Public Instruction,**

27                          Defendants.

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on December 19, 2024, at 1:30 p.m. at the United States District Court, Eastern District of California, Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA, 95814, Courtroom 10, 13th floor, Defendants Governor Gavin Newsom, Attorney General Rob Bonta, and State Superintendent of Public Instruction will and do hereby move to dismiss this action under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) on the grounds that this Court lacks subject matter jurisdiction and that Plaintiffs have failed to state a claim for violations of substantive due process rights as parents under the Fourteenth Amendment of the U.S. Constitution (claim 1); the First Amendment right to free exercise of religion (claim 2); the Family Educational Rights and Privacy Act (claim 3); and federal preemption by the First and Fourteenth Amendments (claim 4); and for Plaintiffs' claim for declaratory relief under the Declaratory Judgment Act (claim 5).

This motion is made following the telephone conference of counsel that took place on October 3, 2024. During that conference, the parties discussed the substance of the arguments Defendants would raise in the Motion to Dismiss (a detailed summary of which Defendants' counsel previously had sent to Plaintiffs' counsel by email). Plaintiffs' counsel indicated there was not agreement on these arguments, and the parties did not agree to any resolution of the claims. The parties agreed that meet and confer efforts were exhausted, and there were no procedural or other non-substantive matters for resolution at the time.

The motion is based upon the Notice, the Memorandum of Points and Authorities, the pleadings and papers filed herein, the Request for Judicial Notice filed concurrently, and any argument the Court may hear.

| | | |
|---|---|---|
| 1 | Dated:  October 7, 2024 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | DARRELL W. SPENCE<br>Supervising Deputy Attorney General |

/s/ Emmanuelle S. Soichet

EMMANUELLE S. SOICHET
Deputy Attorney General
*Defendants Governor Gavin Newsom, Attorney General Rob Bonta, and State Superintendent for Public Instruction Tony Thurmond*

SA2024303201
44350054.docx

3

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Chino Valley Unified School District, et al. v. Gavin Newsom, et al.** | No. | **2:24-cv-01941-DJC-JDP** |

I hereby certify that on <u>October 7, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **NOTICE OF DEFENDANTS' MOTION TO DISMISS AND MOTION TO DISMISS**
- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**
- **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**
- **DECLARATION OF EMMANUELLE S. SOICHET IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE RE: MOTION TO DISMISS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 7, 2024</u>, at San Francisco, California.

| | |
|---|---|
| Claudine Santos | */s/Claudine Santos* |
| Declarant | Signature |

SA2024303201
44346611.docx