# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHINO VALLEY UNIFIED SCHOOL DISTRICT, ET AL.,** | **JUDGMENT IN A CIVIL CASE** |
| | CASE NO: **2:24–CV–01941–DJC–JDP** |
| v. | |
| **GAVIN NEWSOM, ET AL.,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/18/2025 .**

ENTERED:   **May 9, 2025**            /s/  **Keith Holland**
                                                        Clerk of Court